The Prudential Insurance Company of America, defendant in error, v. Charles C. Hoge et al., plaintiffs in error.

S. Roy Hoge et al., plaintiffs in error, v. The Prudential Insurance Company of America et al., defendants in error. Gen. No. 8,911.

Opinion filed March 22, 1935.

H. B. Smith, S. J. Holderman, Arley Munts, Harry C. Daniels and John H. Raymond, for plaintiffs in error. DeGoy B. Ellis, Paul M. Hamilton and Harold H. Jordan, for defendant in error.

Mr. Justice Dove delivered the opinion of the court.

Leah Pearsall, appellee, v. Harry T. Campbell, appellant. Gen. No. 8,891.

Opinion filed March 22, 1935. Rehearing denied May 11, 1935.

R. Waite Joslyn, for appellant. Arthur L. Paulson, for appellee; Latham Castle, of counsel.

Mr. Justice Huffman delivered the opinion of the court.

Lila Hill, appellee, v. George Martin, appellant. Gen. No. 8,896.

Opinion filed March 22, 1935.

J. A. Miller, for appellant; Henry D. Fisher, of counsel. Bangs, Crane & Slater and Kurt Kiesow, for appellee; Drennan J. Slater, of counsel.

Mr. Justice Huffman delivered the opinion of the court.

William C. De Wolf, appellee, v. Wm. Bowley et al., appellants. Gen. No. 8,906.

Opinion filed March 22, 1935.

Alexander J. Strom, State's Attorney, for appellants. Roy F. Hall, for appellee.

Mr. Justice Huffman delivered the opinion of the court.